**Charles O. SKIDMORE, Petitioner,**

v.

**DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, Respondent.**

**No. 06–1080.**

United States Court of Appeals, Fourth Circuit.

Submitted: May 16, 2006.

Decided: May 22, 2006.

Charles O. Skidmore, Petitioner Pro Se. Jeffrey Steven Goldberg, Christian P. Barber, United States Department of Labor, Washington, D.C., for Respondent.

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles O. Skidmore seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C. §§ 901–945 (2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. *See Skidmore v. Dir., Office of Workers' Comp. Prog.,* No. 05–552–BLA

(BRB Nov. 30, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*